```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JIANLIANG ZHU, ) | No. C 08-0304 JCS |
|       Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO EXTEND DATES;** |
| ) | **and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security; ) | |
| CHRISTINA POULOS, Director, ) | |
| California Service Center, U.S.C.I.S.; ) | |
| CONDOLEEZZA RICE, Secretary of State, ) | |
| ) | |
|       Defendants. ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on January 16, 2007 asking this Court to direct the United States Citizenship and Immigration Services (USCIS) and the Department of State to adjudicate his I-824 application, and issue an immigrant visa to his son.

2. Pursuant to this Court's January 16, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on April 18, 2008 and attend a case management conference on April 25, 2008.

3. In order to allow sufficient time for USCIS and the Department of State to answer and

Stipulation for Extension
C 08-0304 JCS                                    1

prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | April 11, 2008 |
| Last day to file Joint ADR Certification: | April 18, 2008 |
| Last day to file/serve Joint Case Management Statement: | May 2, 2008 |
| Case Management Conference: | May 9, 2008, at 1:30 p.m. |

Date: March 21, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: March 20, 2008

_____/s/_____
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 24, 2008

_____
JOSEPH
United States

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*

Stipulation for Extension
C 08-0304 JCS                                    2