1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
4   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
    Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12   JIANLIANG ZHU,                      )
                                         )   No. C 08-0304 JCS
13              Plaintiff,               )
                                         )
14        v.                             )   **SECOND STIPULATION TO EXTEND**
                                         )   **DATES; and [~~PROPOSED~~] ORDER**
15   MICHAEL CHERTOFF, Secretary of the  )
     Department of Homeland Security;    )
16   CHRISTINA POULOS, Director,         )
     California Service Center, U.S.C.I.S.; )
17   CONDOLEEZZA RICE, Secretary of State, )
                                         )
18              Defendants.              )
     _____)

19

20        Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21   of record, hereby stipulate, subject to the approval of the Court, to the following:

22        1.  Plaintiff filed this action on January 16, 2007, asking this Court to direct the United States

23   Citizenship and Immigration Services (USCIS) to adjudicate his I-824 Application For Action On

24   An Approved Application or Petition, and the Department of State to issue an immigrant visa to

25   his son.

26        2.  On March 24, 2008, this Court approved the parties' stipulation to extend the answer

27   deadline to April 11, 2008, and to extend the date of the case management conference to May 9,

28   2008.

SECOND STIPULATION TO EXTEND DATES
C 08-0304 JCS                    1

1    3.  The USCIS approved the plaintiff's I-824 application on March 5, 2008.

2    4.  The USCIS has forwarded the approved I-824 to the Department of State's National Visa

3  Center, which is the first step in the process of issuing a visa.

4    5.  In order to allow sufficient time for the Department of State to follow its procedures for

5  issuing a visa, the parties respectfully ask this Court to again extend the dates in the Court's

6  scheduling order as follows:

7  Last day to file Defendants' Answer:                    June 13, 2008

8  Last day to file Joint ADR Certification:               June 20, 2008
                                                           July 18, 2008
9  Last day to file/serve Joint Case Management Statement: ~~July 3, 2008~~
                                                           July 25, 2008
10 Case Management Conference:                             ~~July 11, 2008~~, at 1:30 p.m.

11

12 Date:  April 2, 2008                        Respectfully submitted,

13                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney

14

15                                                  /s/
                                               EDWARD A. OLSEN
16                                             Assistant United States Attorney
                                               Attorneys for Defendants

17

18

19 Date:  April 2, 2008                             /s/
                                               JUSTIN X. WANG
20                                             Attorney for Plaintiff

21                                   **ORDER**

22     Pursuant to stipulation, IT IS SO ORDERED.

23

24 Date:  April 4, 2008                        JOSEPH
                                               United S

25

26

27

28

SECOND STIPULATION TO EXTEND DATES
C 08-0304 JCS                    2