JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JIANLIANG ZHU<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; CHRISTINA POULOS, Director, California Service Center, U.S.C.I.S.; CONDOLEEZZA RICE, Secretary of State,<br><br>Defendants. | Case No.: C 08-0304 JCS<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate his application for I-824. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

---

Case No.: C08-0304 JCS  C:\Documents and Settings\joanna\Local Settings\Temporary Internet Files\Content.IE5\8BVEK8Mb\Request%20for%20ADR%20Exemption[1].wpd

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: June 19, 2007 | BAUGHMAN & WANG |

                                             /S/
                                  JUSTIN X. WANG
                                  Attorney for Plaintiff

Dated: June 19, 2007                JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                             /S/
                                  EDWARD A. OLSEN
                                  Assistant United States Attorney
                                  Attorneys for Defendants

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:    June 20, 2008

                                  JOSEPH C. SPERO
                                  United States Magistrate Judge