1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 JIANLIANG ZHU,                    )
                                     ) No. C 08-0304 JCS
13              Plaintiff,           )
                                     )
14         v.                        ) **STIPULATION TO HOLD CASE IN**
                                     ) **ABEYANCE; and [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security;  )
16 CHRISTINA POULOS, Director,       )
   California Service Center, U.S.C.I.S.; )
17 CONDOLEEZZA RICE, Secretary of State, )
                                     )
18              Defendants.          )
                                     )
19

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to the following:

22     1. Plaintiff filed this action on January 16, 2007, asking this Court to direct the United States

23 Citizenship and Immigration Services (USCIS) to adjudicate his I-824 Application (Application

24 For Action On An Approved Application or Petition) and the Department of State to issue an

25 immigrant visa to his son.

26     2. The USCIS approved the plaintiff's I-824 application on March 5, 2008.

27     3. On March 24, 2008, this Court approved the parties' stipulation to extend the answer

28 deadline to April 11, 2008, and to extend the date of the case management conference to May 9,

STIPULATION TO HOLD CASE IN ABEYANCE
C 08-0304 JCS                                    1

2008.

4. On April 4, 2008, this Court approved the parties' stipulation to extend the answer date, the ADR date, the joint case management date, and the case management conference date, in light of the fact that USCIS had recently forwarded the approved I-824 to the Department of State's National Visa Center, which is the first step in the process of issuing a visa.

5. The approved I-824 has recently been routed to the American Consulate in Guangzhou, China, for processing of the visa application.

6. The American Consulate in Guangzhou will begin processing the visa application once the applicant provides a name, date and place of birth, and Chinese mailing address.

7. Although the statutory quota for employment-based third preference applicant (EB-3) has been filled this year and a visa cannot be issued in this case until October 1, 2008, the consulate can begin processing the case now (after the plaintiffs submit the information referred to in paragraph six).

8. In light of the information set forth above, the parties respectfully ask this Court to hold this case in abeyance for four months, in light of the reasonable possibility that this case may be administratively resolved in the interim.

9. In the event the case is administratively resolved, the parties will file a stipulation to dismiss. If the case is not administratively resolved within four months, the parties will ask this Court to set a case management conference and will submit a joint case management statement at least seven days in advance of the case management conference.

STIPULATION TO HOLD CASE IN ABEYANCE
C 08-0304 JCS                                              2

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Date: July 18, 2008 | Respectfully submitted, |
| 5 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 6 | | |
| 7 | | /s/<br>EDWARD A. OLSEN |
| 8 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 9 | | |
| 10 | | |
| 11 | Date: July 18, 2008 | /s/<br>JUSTIN X. WANG |
| 12 | | Attorney for Plaintiff |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.
The cmc set for 7/25/8 at 1:30 PM has been continued to 11/14/8 at 1:30 PM.

Date:   July 21, 2008

JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO HOLD CASE IN ABEYANCE
C 08-0304 JCS                                           3