1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   JIANLIANG ZHU,                       )
12                                      )  No. C 08-0304 JCS
                     Plaintiff,         )
13                                      )
            v.                          )  **STIPULATION TO CONTINUE TO**
14                                      )  **HOLD CASE IN ABEYANCE; and**
   MICHAEL CHERTOFF, Secretary of the   )  **[~~PROPOSED~~] ORDER**
15 Department of Homeland Security;     )
   CHRISTINA POULOS, Director,          )
16 California Service Center, U.S.C.I.S.;)
   CONDOLEEZZA RICE, Secretary of State,)
17                                      )
                     Defendants.        )
18 _____)

19
       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys
20
   of record, hereby stipulate, subject to the approval of the Court, to the following:
21
       1. Plaintiff filed this action on January 16, 2007, asking this Court to direct the United States
22
   Citizenship and Immigration Services (USCIS) to adjudicate his I-824 Application (Application
23
   For Action On An Approved Application or Petition) and the Department of State to issue an
24
   immigrant visa to his son.
25
       2. The USCIS approved the plaintiff's I-824 application on March 5, 2008.
26
       3. On March 24, 2008, this Court approved the parties' stipulation to extend the answer
27
   deadline to April 11, 2008, and to extend the date of the case management conference to May 9,
28
   2008.

   STIPULATION TO CONTINUE TO HOLD CASE IN ABEYANCE
   C 08-0304 JCS                              1

4. On April 4, 2008, this Court approved the parties' stipulation to extend the answer date, the ADR date, the joint case management date, and the case management conference date, in light of the fact that USCIS had recently forwarded the approved I-824 to the Department of State's National Visa Center, which is the first step in the process of issuing a visa.

5. The approved I-824 has recently been routed to the American Consulate in Guangzhou, China, for processing of the visa application.

6. The American Consulate in Guangzhou will begin processing the visa application once the applicant provides a name, date and place of birth, and Chinese mailing address.

7. Although the statutory quota for employment-based third preference applicant (EB-3) has been filled this year and a visa cannot be issued in this case until October 1, 2008, the consulate can begin processing the case now (after the plaintiffs submit the information referred to in paragraph six).

8. In light of the information set forth above, the parties asked this Court to hold this case in abeyance for four months, in light of the reasonable possibility that this case may be administratively resolved in the interim.

9. The case management conference is currently scheduled for November 14, 2008.

10. The attorney for the State Department who is able to provide information as to whether or not a visa has been issued is temporarily out of the office due to a death in the family.

11. Accordingly, the parties respectfully ask this Court to vacate the case management conference and re-schedule the case management conference for **December 19, 2008, at 1:30 p.m.**

12. In the event the case is administratively resolved, the parties will file a stipulation to dismiss. If the case is not administratively resolved within a month, the parties will file a joint case management statement at least seven days in advance of the case management conference.

Date: November 10, 2008                         Respectfully submitted,

                                                                                 JOSEPH P. RUSSONIELLO
United States Attorney

                                                                                                                      /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: November 10, 2008                                  /s/
                                                                     JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

      Pursuant to stipulation, the case management conference currently scheduled for November 14, 2008, is vacated, and re-scheduled for December 19, 2008.

Date:   11/12/08

                                          JOSEPH C. SPERO
United States Magistrate Judge

IT IS SO ORDERED