JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIANLIANG ZHU,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; CHRISTINA POULOS, Director, California Service Center, U.S.C.I.S.; CONDOLEEZZA RICE, Secretary of State,<br><br>Defendants. | No. C 08-0304 JCS<br><br>**STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismiss of the above-entitled action without prejudice because the United States Citizenship and Immigration Services approved the plaintiff's I-824 application on March 5, 2008, and the American Consulate in Guangzhou, China, has scheduled an interview of the beneficiary on February 23, 2009.

//

//

//

//

Date: February 19, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: February 19, 2009

/s/
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/23/9

JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero